## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### Heather L. Massengale
### Date of Birth: September 25, 1974

I, William Wright, being first duly sworn, depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am a Federal Officer with United States Secret Service Uniform Division ("USSS/UD"), where I have served since February 2005. I am currently assigned to the White House Uniform Division. My duties and responsibilities, among other things, include securing the outer and inner perimeters of the White House grounds and complex. I have attended the Mixed Basic Police Training Program (now the Uniform Police Training Program) at the Federal Law Enforcement Training Center in Glynco, Georgia, and the Secret Service Uniform Division Training Program at the Rowley Training Center in Beltsville, Maryland.

2. The information set forth in this Affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement officers. Thus, the statements contained in this Affidavit are based in part on information provided to me by other officers and USSS investigators.

3. The information provided in this Affidavit is provided for the limited purpose of showing there is probable cause for the requested complaint and does not set forth all my knowledge regarding this matter.

## PURPOSE OF AFFIDAVIT

4. This Affidavit is made in support of a criminal complaint charging **Heather L. MASSENGALE** (hereinafter, MASSENGALE) with violations of

    a. Title 18 USC § 1752, knowingly attempting to enter or remain in any restricted building or grounds, that is, the White House or its grounds, without lawful authority to do so.

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

5. On February 20, 2019, at approximately 9:28AM, I was assisting with opening the security barriers, which were marked with "restricted area" signs) outside the Northeast Gate of the White House Complex for snow removal vehicles to enter the complex. It was snowing and icy on the ground at the time. The Northeast Gate is located between the Treasury Department and the White House on the north side of the complex, in Washington, D.C. While the security barriers were opened and the vehicle gate to East Executive Avenue, which runs north south between the Treasury Department and the White House, was open, I observed MASSENGALE observed her walking westbound on

Pennsylvania Avenue, NW, when she turned sharply south and yelled "I'm going in!" She then ran through the open security barriers towards the open vehicle gate. I tackled MASSENGALE and we slid through the plane of the vehicle gate, hitting a snow removal vehicle. MASSENGALE landed on her stomach. At that time, MASSENGALE was inside the grounds of the White House. MASSENGALE stated "I'm peaceful, I just want help." MASSENGALE further stated she may have broken her wrist, and she was taken to Georgetown Hospital. I subsequently learned that MASSENGALE had a fracture to her coccyx, or tailbone.

6. I had previously observed MASSENGALE at approximately 7:30AM approaching officers on the north fence line of the White House asking officers for help with witness protection. She had stated that she believed that someone had stolen her identity and that she was in possession of a hard drive containing "terrorist information."

7. MASSENGALE had been in the area of the White House Complex at least since Feburary 18, 2019. On that date, MASSENGALE approached uniformed division officers at Lafayette Park at 16th and H Street, NW, stating that she wanted to speak with an investigator regarding her identity being stolen. MASSENGALE made nonsensical statements regarding terrorists hacking into her laptop and stealing her identity and advised that she was receiving "crazy" emails and phone calls.

8. An interview was conducted with the father of MASSENGALE. The father stated that she "went off the deep end" with her family several years ago. MASSENGALE has refused mental health treatment. MASSENGALE regularly states she believes she is being tracked by the government and that she is a target of foreign terrorist organizations attempting to track her activity. He advised that his daughter can "turn it off and on" as it relates to her mental capacity, and he believes she may suffer from bipolar disorder. MASSENGALE does not have a stable address.

## CONCLUSION

9. Based on the abovementioned facts, I submit there is probable cause to believe that on February 20, 2019, Heather L. MASSENGALE

    a. knowingly attempted to enter and remain in any restricted building or grounds, that is, the White House or its grounds, without lawful authority to do so, in violation of Title 18 USC § 1752.

 

William Wright, Officer
United States Secret Service Uniform Division

Subscribed and sworn before me this _____ day of February 2018.

 

Hon. G. Michael Harvey
United States Magistrate Judge

3